# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

GARY D. BOWERS,

    Plaintiff,

-vs-

UNITED STATES OF AMERICA and
COMMISSIONER OF
INTERNAL REVENUE,

    Defendants.

FILED
JUN 1 3 2011
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Docket No. 11-1224

---

## CIVIL COMPLAINT

COMES NOW the Plaintiff *pro se*, Gary D. Bowers ("Mr. Bowers"), and files this Complaint to abate an excessive continuous levy against his Social Security benefit checks; and to be refunded those amounts which were taken from past Social Security benefit checks, in excess of what the law provides for.

### Jurisdiction:

1. This court has jurisdiction pursuant to the provisions of Title 26 U.S.C. § 7442.

### Parties:

2. The Plaintiff in this action is Gary D. Bowers. Mr. Bowers' mailing address is Post Office Box 502, Pekin, Illinois 61555.

3. The Defendants in this action is the United States of America and the

Commissioner of Internal Revenue, of the Internal Revenue Service. The mailing address of the Internal Revenue Service is 1111 Constitution Avenue, Washington D.C. 20224.

### Cause of Action:

4. Mr. Bowers has been receiving social security benefit checks for a number of years, and continues to be eligible for Social Security benefit checks, to this day. Mr. Bowers has paid a lot of money into the Social Security insurance system.

5. The Defendant, Commissioner of the Internal Revenue, or one of his employees, has made a levy of Mr. Bowers's Social Security benefit checks, insofar as this action is concerned, beginning June, 2010. This taking has been continuous from June, 2010, until the present.

6. The Internal Revenue Service has demanded of the Social Security Administration, $1,107.80 of each and every Social Security Benefit check since June of 2010 and has done so continuously. The Social Security Administration itself has complied with the Internal Revenue Services' unlawful demands, even though Mr. Bowers has made several attempts to abate said unlawful levies.

7. The amounts taken from each of Mr. Bowers's benefit checks were in excess of 15%, and total approximately $14,401.40, during the time period spanning June, 2010 through to, and including June, 2011. See Plaintiff's

Exhibit 1: Document from the Social Security Administration how much was taken from Mr. Bowers's Social Security benefit checks during this time period.

8. Mr. Bowers has made repeated attempts to contact the Internal Revenue Service to abate the aforementioned excessive levies, and has been consistently denied or ignored.

9. On or about May 20, 2010, Mr. Bowers sent a certified letter to his local Taxpayer Advocate at Taxpayer Advocate Service at 230 S. Dearborn Street, Room 2860, Stop 1005-CHI, Chicago, Illinois 60604. He demanded that the aforementioned unlawful levies cease. See Plaintiff's Exhibit 2.

10. Furthermore, said same letter referred to in the preceding paragraph was via certified mail, to the Internal Revenue Service office located at 1111 Constitution Avenue, Washington D.C. 20224.

11. It has been over ten (10) months since Mr. Bowers sent the letters referred to in paragraphs nine (9) and ten (10). The Taxpayer Advocate Service and the Internal Revenue Service generally continue to ignore Mr. Bowers and his requests that the defendants comply with the written law.

12. Mr. Bowers has exhausted all administrative remedies.

**Prayer for relief:**

Plaintiff prays that this court grant the following relief:

1. FIND that the Internal Revenue Service violated the law when it took more

than 15% of Plaintiff's Social Security benefit checks during the time the alleged levies began in June of 2010, until the present date;

2. ORDER that the Internal Revenue Service discontinue any and all levies of Plaintiff's Social Security benefit checks in excess of 15% in the future;

3. ORDER that the Defendant refund all those monies taken in excess of 15% of each and every benefit check upon which excessive levies have been made; and,

4. ORDER that the Defendant pay interest on the monies unlawfully taken from Plaintiff's Social Security benefit checks.

Respectfully submitted this __8__ day of June, 2011.

*Gary D. Bowers* (signature)

Gary D. Bowers
P. O. Box 502
Pekin, Illinois  61555

"Plaintiffs Ex. 1"

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474
Date: May 11, 2010
Claim Number: 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A

000000024 01 SP   0.440   T002,TXL,0504,PC4,CH
GARY D BOWERS
2503 BROOKLAWN
PEKIN IL 61554-5316



We are writing to you about the Internal Revenue Service (IRS) Notice of Levy.

The Internal Revenue Service (IRS) has asked us to take money from your Social Security payments because you owe them money.

**What We Will Take Out**

The Internal Revenue Service (IRS) will take part of your Social Security benefits because you owe them money. The IRS calls this action a Notice of Levy.

**What We Plan To Do**

IRS asked us to take $1,107.80 from each monthly payment you are due to pay IRS. We withheld $1,107.80 from the payment you will receive around June 3, 2010. After that we will withhold $1,107.80 each month. You will receive another letter showing the payment amount you will receive.

**What You Need To Do**

To help decide the correct amount of money to send the IRS, you need to complete page 2 of this letter "Statement of Exemptions and Filing Status" and return it within 10 days from the date you receive this letter. Return the completed statement in the enclosed envelope. Please keep a copy for your records.

If we do not receive the completed statement within the 10 day period, IRS will only allow an exemption amount of $779.17.

C                    See Next Page

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A                                                    Page 2 of 3

**If You Have Any Questions**

If you need more information or have any questions, please contact your local IRS office.

*Phyllis M. Smith*
Phyllis M. Smith
Assistant Regional Commissioner
Processing Center Operations


Enclosure(s):
Return envelope



Gary D. Bowers
P. O. Box 502
Pekin, Illinois 61555

May 20, 2010

*Sent to the following Addressees:*

Certified Mail No. 7007 0710 0003 1773 1538
Taxpayer Advocate Service
230 S. Dearborn St., Room 2860, Stop 1005-CHI
Chicago, IL 60604

Certified Mail No. 7007 0710 0003 1773 1613
Internal Revenue Service
1111 Constitution Ave.
Wa. D.C. 20224

Re:  Withholding in excess of 15% of my Social Security benefit checks, my request that this excessive withholding be abated, and my request for restitution of all amounts taken from my Social Security benefit checks in excess of 15%

Dear Sirs,

I am in receipt of a letter from the Social Security Administration ("SSA") dated May 11, 2010, in which I am informed that the Internal Revenue Service ("IRS") has sent a Notice of Levy demanding that $1,107.80 be taken out of my SSA benefit checks. The result of this "levy," is that I will have to live on $779.17 every month! Moreover, this demand on the part of the IRS—and the SSA's acquiesce of the demand—is illegal. That is why I am writing to you today. This letter is my attempt to resolve this wrong, administratively, in keeping with the law, and its regulations pertaining thereto. See Title 26 U.S.C. § 7433 and Title 26 C.F.R. § 301.7433-1.

Accordingly, I am writing to the Taxpayer Advocate's office of my state (Illinois) and the IRS offices in Washington D.C. The reason I decided to send a copy of this letter to the Taxpayer Advocate's Office, is because an official IRS website said that that would be the proper thing to do to resolve my problem. I have attached a printout of that webpage, for your convenient reference. I could

over

find no address or offices of the "Area Director, Attn: Compliance Technical Support Manager of the area in which the taxpayer currently resides." See 26 CFR § 301.7433-1(e)(1). As such, I trust that sending this letter to these two offices shall suffice to satisfy the requirements of the applicable regulations. In the event that I am mistaken, please inform me of this in writing; you may send such notification to me at the address indicated in the letterhead above.

The particulars of this mater are as follows:

I, Gary D. Bowers, have been receiving Social Security benefit checks for some years now, and I continue to be eligible for Social Security benefit checks, to this day.

The IRS has sent a Notice to the Social Security Administration demanding that my Social Security benefit checks be levied in an amount in excess of 15%, starting with my June, 2010 check. The IRS has demanded $1,107.80 of my checks for an indefinite period of time.

I have made other attempts to contact the IRS to abate the aforementioned excessive levies, and have been consistently denied or ignored.

I demand that all monies taken from my SSA benefit checks in excess of 15% be returned to me, with interest accruals provided by law; and,

I request that future withholdings from my SSA benefit checks not exceed 15%.

Your kind attention to this matter shall be sincerely appreciated.

Sincerely,

*[signature]*
Gary D. Bowers

Re:   The letter from the Social Security Administration dated May 11, 2010, in which I am informed that over 15% of my Social Security Benefit Checks will be levied by the Internal Revenue Service; a printout originating from the Taxpayer Advocate Service, explaining its purpose.

2



### Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.

PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gary D. Bowers
P.O. Box 502
Pekin Ill. 61555

---

### Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a Return Receipt may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.

PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gary D. Bowers
P.O. Box 502
Pekin Ill. 61555

*Plaintiff's Ex #1*

```
***   REC 2011161   144231 HA4C29E0 AK3B  CIPQYAD   PQAD    (F-AK3 )  ***
```

SOCIAL SECURITY ADMINISTRATION

Date: June 10, 2011
Claim Number:

GARY D BOWERS
2503 BROOKLAWN
PEKIN IL 61554-5316

SOCIAL SECURITY ADMINISTRATION
815 W. PIONEER PKWY
PEORIA, IL 61615-2144

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Other Important Information

  OUR RECORDS SHOW A TOTAL OF $7754.60 WAS WITHHELD AS A TREASURY OFFSET FOR 2010 AND AN ADDITIONAL $7754.60 IN 2011.

  There was no cost of living adjustment in Social Security benefits in December 2010. The benefit amount shown is current as of the date on this letter.

If You Have Any Questions

  If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 877-405-0499. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

                    SOCIAL SECURITY
                    2801 BROADWAY
                    PEKIN, IL 61554

  If you do call or visit an office, please have this letter with you. It will help us answer your questions.

                                                    OFFICE MANAGER