UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GARY D. BOWERS,

    Plaintiff,

    -vs-

UNITED STATES OF AMERICA and
COMMISSIONER OF
INTERNAL REVENUE,

    Defendants.

Docket No. 1:11-cv-01224-JES-JAG

ANSWER TO "TEXT ONLY ORDER" OF COURT—June 16, 2011

COMES NOW the Plaintiff *pro se*, Gary D. Bowers ("Bowers"), and hereby Answers this Court's text only order of June 14, 2011, which states:

> "...Plaintiff has cited 26 U.S.C. 7442 as the basis for this Court's Jurisdiction. However, that section provides, 'The Tax Court and its division shall have such jurisdiction as is conferred on them by this titlw..." [sic] Plaintiff is directed to file a supplemental brief indicating a proper basis for this Court's jurisdiction to entertain his Complaint within 14 days or this matter will be dismissed. Entered by Judge James E. Shadid on * * *"

Plaintiff Bowers hereby gives notice that this action is filed pursuant to the remedial provisions of Title 26 U.S.C. § 7433 which states partially:

> "26 U.S.C. § 7433
>   (a) In general
>   If, in connection with any collection of Federal tax with respect to a taxpayer, any officer or employee of the Internal Revenue Service recklessly or intentionally, or by reason of negligence, disregards any provision of this title, or any regulation promulgated under this title, such taxpayer may bring a civil action for damages against the United States in a district court

*of the United States. Except as provided in section 7432, such civil action shall be the exclusive remedy for recovering damages resulting from such actions."*

It is this provision/remedy at law that Bowers relies upon so as to confer jurisdiction upon this court. The Prayer for Relief remains the same:

### Prayer for relief:

Plaintiff prays that this court grant the following relief:

1. FIND that the Internal Revenue Service violated the law when it took more than 15% of Plaintiff's Social Security benefit checks during the time the alleged levies began in June of 2010, until the present date;

2. ORDER that the Internal Revenue Service discontinue any and all levies of Plaintiff's Social Security benefit checks in excess of 15% in the future;

3. ORDER that the Defendant refund all those monies taken in excess of 15% of each and every benefit check upon which excessive levies have been made; and,

4. ORDER that the Defendant pay interest on the monies unlawfully taken from Plaintiff's Social Security benefit checks.

Respectfully submitted this __30__ day of June, 2011.

*Gary D. Bowers*
Gary D. Bowers
P. O. Box 502
Pekin, Illinois 61555

2

```
MIME-Version:1.0
From:ECF_Returns@ilcd.uscourts.gov
To:ECF_Notices
Bcc:
--Case Participants: Magistrate Judge John A. Gorman
(chambers.gorman@ilcd.uscourts.gov), Judge James E. Shadid
(chambers.shadid@ilcd.uscourts.gov, james_shadid@ilcd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<1412607@ilcd.uscourts.gov>
Subject:Activity in Case 1:11-cv-01224-JES -JAG Bowers v. United States of America et
al Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 6/14/2011 at 2:10 PM CDT and filed on 6/14/2011
**Case Name:** Bowers v. United States of America et al
**Case Number:** 1:11-cv-01224-JES -JAG
**Filer:**
**Document Number:** No document attached

Docket Text:
TEXT ONLY ORDER noting that Plaintiff has cited 26 U.S.C. 7442 as the basis for this Court's jurisdiction. However, that section provides, "The Tax Court and its division shall have such jurisdiction as is conferred on them by this titlw...." Plaintiff is directed to file a supplemental brief indicating a proper basis for this Court's jurisdiction to entertain his Complaint within 14 days or this matter will be dismissed. Entered by Judge James E. Shadid on 06/14/11. (KK, ilcd)


1:11-cv-01224-JES -JAG Notice has been electronically mailed to:

1:11-cv-01224-JES -JAG Notice has been delivered by other means to:

Gary D Bowers
PO Box 502
Pekin, IL 61555