UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JAN 4 2012
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GARY D. BOWERS,

Plaintiff,

-vs-

UNITED STATES OF AMERICA and
COMMISSIONER OF
INTERNAL REVENUE,

Defendants.

Docket No. 1:11-cv-1224-JES-JAG

SPECIAL APPEARANCE OF PLAINTIFF GARY BOWERES
REGARDING RULE 16 SCHEDULING CONFERENCE

COMES NOW the Petitioner *pro se*, Gary D. Bowers, ("Mr. Bowers"), and hereby makes this Special Appearance so as to address the ORDER of this Court dated December 8, 2011.

This Court stated that there is to be a Rule 16 Scheduling Conference set for January 19, 2012 at 11:45 a.m. The court also noted that Bowers has been asked to provide a telephone number and that he has to comply with that requirement; yet he has "yet to comply with that Order."

The Order goes on to state that he must participate in the Rule 16 conference, and Bowers has every intention of doing so. However, Bowers has no telephone. He is denied the entirety of his Social Security Benefit Checks. He can't afford a phone. That is why this action even arises: that the IRS is unlawfully taking all of his money that he

needs to live on.

Bowers proposes to go to a pay phone, or maybe find a friend that will allow him to use their phone. Bowers proposes that he calls in at an appointed time, and to a particular number that the Clerk of this Court shall designate, so that the desired result may be easily had for the purposes of said Rule 16 Scheduling Conference. One would think that this would not present much inconvenience for any parties involved, and this Court as well.

WHEREFORE, Petitioner prays that this Court's Clerk make provisions for a telephonic Rule 16 Scheduling Conference to take place on the appointed time and date; and allow this to take place by having Bowers call the Court at the appointed time and date and via a suitable telephone number so as to allow this to happen with minimum of inconvenience to this Court and all parties. Petitioner further prays that he be informed of the number in which he should call on said appropriate date; verification be made of the time that he should call said number; and that Plaintiff be further informed of other particulars that suits the convenience of this Court and all parties.

Respectfully submitted this 2 day of January, 2012.

Gary D. Bowers
P. O. Box 502
Pekin, Illinois 61555

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JAN 4 2012
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GARY D. BOWERS,

Plaintiff,

-vs-

UNITED STATES OF AMERICA and
COMMISSIONER OF
INTERNAL REVENUE,

Defendants.

Docket No. 1:11-cv-1224-JES-JAG

SPECIAL APPEARANCE OF PLAINTIFF GARY BOWERES
REGARDING RULE 16 SCHEDULING CONFERENCE

COMES NOW the Petitioner *pro se*, Gary D. Bowers, ("Mr. Bowers"), and hereby makes this Special Appearance so as to address the ORDER of this Court dated December 8, 2011.

This Court stated that there is to be a Rule 16 Scheduling Conference set for January 19, 2012 at 11:45 a.m. The court also noted that Bowers has been asked to provide a telephone number and that he has to comply with that requirement; yet he has "yet to comply with that Order."

The Order goes on to state that he must participate in the Rule 16 conference, and Bowers has every intention of doing so. However, Bowers has no telephone. He is denied the entirety of his Social Security Benefit Checks. He can't afford a phone. That is why this action even arises: that the IRS is unlawfully taking all of his money that he

needs to live on.

Bowers proposes to go to a pay phone, or maybe find a friend that will allow him to use their phone. Bowers proposes that he calls in at an appointed time, and to a particular number that the Clerk of this Court shall designate, so that the desired result may be easily had for the purposes of said Rule 16 Scheduling Conference. One would think that this would not present much inconvenience for any parties involved, and this Court as well.

WHEREFORE, Petitioner prays that this Court's Clerk make provisions for a telephonic Rule 16 Scheduling Conference to take place on the appointed time and date; and allow this to take place by having Bowers call the Court at the appointed time and date and via a suitable telephone number so as to allow this to happen with minimum of inconvenience to this Court and all parties. Petitioner further prays that he be informed of the number in which he should call on said appropriate date; verification be made of the time that he should call said number; and that Plaintiff be further informed of other particulars that suits the convenience of this Court and all parties.

Respectfully submitted this 2 day of January, 2012.

*Gary D. Bowers*
Gary D. Bowers
P. O. Box 502
Pekin, Illinois 61555

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a printed copy of the foregoing "SPECIAL APPEARANCE" was sent to:

Steven Schifano, Atty.
U.S. DOJ
P. O. Box 55, Ben Franklin Station
Wa. D.C. 20044

…by first class U.S. Mail, with sufficient postage affixed, this 2 day of January, 2012.

_____
Gary D. Bowers
P. O. Box 502
Pekin, Illinois 61555




United States District Court
Central District of Illinois
Office of the Clerk
Room 309
Peoria IL 61602
Mailed 1-2-12

Steven Schifano, Atty.
U.S. DoJ
P.O. Box 55 Ben Franklin Station
Wa. D.C. 20044
Mailed 1-2-12

Gary D Bowers
P.O. Box 502
Pekin IL 61555

Gary D Bowers
P.O. Box 502
Pekin IL 61555